474 A.2d 657

Commonwealth v. Myers, Appellant.

Submitted February 3, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.

474 A.2d 658

Commonwealth v. Nealon, Appellant.

Petition for Allowance of Appeal
Denied Sept. 5, 1984.

Submitted January 5, 1984. Thomas P. Kennedy, Assistant Public Defender, for appellant; Nancy A. White, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence below affirmed.